UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN SETH SMITH,<br><br>    Petitioner,<br><br> v.<br><br>JEFFREY A. BEARD, Warden,<br><br>    Respondent. | No. C 15-3898 MEJ (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant petition as untimely. Judgment is entered accordingly.

The Clerk shall close the file.

IT IS SO ORDERED AND ADJUDGED.

DATED: DECEMBER 9, 2015

Maria-Elena James
United States Magistrate Judge